IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SEANDI A. FORBES,

    Plaintiff,

v.                                                     4:14cv320-WS

GOODWILL INDUSTRIES COMPANY,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 7) docketed August 14, 2014.  The magistrate judge recommends that the plaintiff's case be dismissed pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a claim upon which relief may be granted and because this successive action is barred by the doctrine of *res judicata*.  The plaintiff has filed no objections to the report and recommendation.

The court having reviewed the record, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 7) is hereby ADOPTED and incorporated by reference in this order.

2.  The plaintiff's complaint, and this action, are hereby DISMISSED pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a claim upon which relief may be granted and because this successive action is barred by the doctrine of *res judicata*.

3.  The clerk shall enter judgment stating: "All claims are dismissed for failure to state a claim."

4.  The clerk shall note on the docket sheet that the case has been dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE AND ORDERED this __18th__ day of __September__, 2014.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE